UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MAZEN ALOTAIBI,<br><br>    Petitioner<br><br>v.<br><br>RENEE BAKER,<br><br>    Respondents | Case No.: 2:21-cv-01281-JAD-BNW<br><br>**Order Granting Unopposed Motion for Enlargement of Time (First Request)**<br><br>[ECF No. 10] |

Respondents bring a motion to extend the due date from October 15, 2021, to respond to the petition for a writ of habeas corpus.[1] They argue that they are unable to respond by the due date because of deadlines in other cases. The motion is unopposed. Good cause appearing, IT IS HEREBY ORDERED that the unopposed motion for enlargement of time (first request) **[ECF No. 10] is GRANTED**. Respondents will have up to and including December 14, 2021, to file a response to the petition.

Dated: October 14, 2021

_____
U.S. District Judge

---

[1] ECF No. 10.