# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MAZEN ALOTAIBI, | Case No.: 2:21-cv-01281-JAD-BNW |
| Petitioner | **Order Granting Unopposed Motion for Enlargement of Time (Second Request)** |
| v. | [ECF No. 12] |
| RENEE BAKER, | |
| Respondents | |

Respondents bring a motion to extend the due date from December 14, 2021, to respond to the petition for a writ of habeas corpus.[1]  They argue that they are unable to respond by the due date because of deadlines in other cases.  The motion is unopposed.  Good cause appearing, IT IS HEREBY ORDERED that the unopposed motion for enlargement of time (second request) **[ECF No. 12] is GRANTED**.  Respondents will have up to and including January 28, 2022, to file a response to the petition.

Dated: December 14, 2021

_____
U.S. District Judge

---

[1] ECF No. 12.