UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MAZEN ALOTAIBI,<br><br>    Petitioner<br><br>v.<br><br>RENEE BAKER,<br><br>    Respondents | Case No.: 2:21-cv-01281-JAD-BNW<br><br>**Order Granting Unopposed Motion for Enlargement of Time (Third Request)**<br><br>[ECF No. 14] |

   Respondents move to extend the deadline to respond to the petition for writ of habeas corpus.[1]  They argue that they are unable to respond by the already twice-extended January 28, 2022, due date because of deadlines in other cases.  The motion is unopposed.  Good cause appearing, IT IS HEREBY ORDERED that the unopposed motion for enlargement of time (third request) **[ECF No. 14] is GRANTED**.  Respondents have up to and including March 14, 2022, to file a response to the petition.

   Dated: February 2, 2022

_____
U.S. District Judge

---

[1] ECF No. 14.